IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:25-cv-00374-BL |
| | ) |
| CRENSHAW COUNTY JAIL, et al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On December 1, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's complaint for failure to prosecute. (Doc. 9). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on December 15, 2025. (Doc. 9). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss the Plaintiff's complaint for failure to prosecute. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 23rd day of February, 2026.

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE